UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
ACTION NO. 3:15 CV-00036-CRS

ESTATE OF JOHN H. JOLLEY, JR., et al.
                                                                                                        PLAINTIFFS

vs.

LOUISVILLE METRO GOVERNMENT and
MARC CHRISTIANSEN, et al.                                                                 DEFENDANTS

**<u>PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL
FOR THE ESTATE OF JOHN JOLLEY AND JJ., III AND JJ, BOTH MINORS
REPRESENTED BY THEIR MOTHER AND NEXT FRIEND LADONNA HAMILTON</u>**

\*\*\* \*\*\* \*\*\*

The undersigned attorney, Hal D. Friedman, and the law firm of Cooper & Friedman, PLLC, hereby move the Court for leave to withdraw as counsel for the Plaintiffs in this case, the Estate of John Jolley, and further JJ. III, a minor and JJ., a minor, by and through their Mother and Next Friend, Ladonna Hamilton.

In support the undersigned states that sufficient grounds for withdrawal in this instance exist under the Kentucky Rules of the Supreme Court. Each of the Plaintiffs have been dually advised, on more than one occasion, of the undersigned's intention to withdraw as counsel unless certain conditions related to Ms. Hamilton's participation in this matter were met. In the case of the Estate, represented by Chris Meinhart as public administrator, permission to withdraw has been given under the circumstances. In the case of the minor children, represented by their Mother and Next Friend, Ladonna Hamilton, Ms. Hamilton has failed to respond to said notifications.

WHEREFORE, the undersigned being unable to continue to represent the parties to this action for various reasons which are detailed in letters to the undersigned's clients, and the Estate

having given permission to the undersigned to withdraw under the circumstances, and the undersigned having not heard from Ms. Hamilton consistent with counsel's requests, the undersigned moves the Court to enter the proposed attached Order granting them leave to withdraw as counsel for Plaintiffs in this case.

      Respectfully Submitted,

COOPER & FRIEDMAN, PLLC

**/s/ Hal Friedman**
Hal D. Friedman
1448 Gardiner Lane
Suites 301-303
Louisville, Kentucky 40213
(502) 459-7555; fax (502) 451-1698
hdf@cooperandfriedman.com
*Counsel for Plaintiff*

**CERTIFICATE:**

This is to certify that a copy hereof was on this 31 day of March, 2016 served in accordance with this Court's ECF Pacer System to:

Lisa Schweickart, Esq.
James McKiernan, III, Esq.
Assistant County Attorneys
Fiscal Court Building
531 Court Place, Ste. 900
Louisville, KY 40202
*Counsel for Defendants Louisville Metro Government and Steve Conrad*


Casey Hinkle, Esq.
David Kaplan, Esq.
Kaplan & Partners LLP
710 West Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1631 -- office direct
*Counsel for Marc Christiansen*

Ladonna Hamilton
5512 Lagoona Drive
Louisville, KY 40219

Chris Meinhart, Esq.
Public Administrator
Meinhart, Smith & Manning, PLLC
222 E. Witherspoon Street, Suite 401
Louisville, KY 40202

/s/   Hal D. Friedman_____