UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| ESTATE OF JOHN H. JOLLEY, JR., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISVILLE METRO GOVERNMENT, *et al.*,<br><br>Defendants. | Civil Action No. 3:15-cv-00036-CRS |

## AGREED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and by agreement of Chris Meinhart, as Personal Representative of the Estate of John H. Jolley, Jr., and Defendant Marc Christiansen, through the signatures of their respective counsel below, and following a full status hearing on the record in open court held on August 25, 2016 wherein the Court instructed counsel by way of its Order entered September 2, 2016 to file an Agreed Order of Dismissal or a Joint Status Report no later than September 26, 2016, and LaDonna Hamilton still having failed to appear in this action, and the Court being duly and sufficiently otherwise advised,

IT IS HEREBY ORDERED that all claims of the Estate of John H. Jolley, Jr., are hereby **DISMISSED WITHOUT PREJUDICE**. The parties will bear their own costs and attorney fees.

IT IS SO ORDERED.

ENTERED BY ORDER OF THE COURT:
CHARLES R. SIMPSON, III, SENIOR JUDGE
UNITED STATES DISTRICT COURT
VANESSA L. ARMSTRONG, CLERK

By: /s/Renee L. Koch, Deputy Clerk      DATED: 10/20/2016

cc: Counsel of Record
    J.J., III and J.J. c/o LaDonna Hamilton

STIPULATED AND AGREED:

| | |
|---|---|
| **/s/ _Hal D. Friedman_____** | /**s/ Casey L. Hinkle_____** |
| Hal D. Friedman | David S. Kaplan |
| Michael T. Cooper | Casey L. Hinkle |
| COOPER & FRIEDMAN, PLLC | KAPLAN & PARTNERS LLP |
| 1448 Gardiner Lane | 710 West Main Street, Fourth Floor |
| Suites 301-303 | Louisville, Kentucky 40202 |
| Louisville, Kentucky 40213 | Telephone: (502) 416-1630 |
| Telephone: (502) 459-7555 | Facsimile: (502) 855-4971 |
| hdf@cooperandfriedman.com | dkaplan@kplouisville.com |
| mtc@cooperandfriedman.com | chinkle@kplouisville.com |
| | |
| *Counsel for the Estate of John H. Jolley, Jr.* | *Counsel for Defendant Marc Christiansen* |